AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

ROBERT KALUZA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  12-265 K (5)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_(signature)_
Signature of Judge

STANWOOD R. DUVAL, JR., DISTRICT JUDGE
Name and Title of Judge

FEBRUARY 25, 2016
Date